LITTLE SERVANT SISTERS OF THE IMMACULATE
CONCEPTION, CONVENT OF ST. JOSEPH'S v.
STATE OF NEW JERSEY.

February 8, 1982.

Petition for certification denied.

CHARLES W. ZOLLNER, JR. v. WILLIAM O. HENNIGS.

February 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY RICHARD DORFMAN.

February 8, 1982.

Petition for certification denied.

NEWARK MORNING LEDGER COMPANY v. NEW JERSEY
HIGHWAY AUTHORITY.

February 8, 1982.

Petition for certification denied.